JS-6

E. MARTIN ESTRADA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (Cal. Bar No. 157582)
ANGELA N. GILL (California Bar No. 260928)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607/2413
    Facsimile: (213) 894-0115
    E-mail: Robert.Conte@usdoj.gov
          Angela.Gill@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUSEAN DAWSON,<br><br>Defendant. | No. 2:22-cv-07487-FMO-KS<br><br>Judgment |

    Based on the stipulation of the parties, judgment is entered in favor of the United States of America, Plaintiff, and against Dusean Dawson, Defendant, in the amount of $126,976.13 as of January 24, 2023, plus interest and statutory additions thereon as provided by law, until the judgment is fully paid.

IT IS SO ORDERED.

Dated: February 15, 2023

                                                   /s/
                                   HON. FERNANDO M. OLGUIN
                                   UNITED STATES DISTRICT JUDGE